FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00358-ZLW-CBS

JAMAAL WATKINS,

    Plaintiff,

v.

C.P.O. NATHAN LOVE, #6993,

    Defendant.

---

### ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed in forma pauperis. It now is

ORDERED that, if appropriate, the United States Marshal shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.

Dated: May 12, 2010

                              BY THE COURT:

                              _Zita Leeson Weinshienk_

                              UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00358-ZLW-CBS

Jamaal Watkins
2323 Curtis St.
Denver, CO 80205

US Marshal Service
Service Clerk
Service forms for: Nathan Love

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal for service of process on Nathan Love: AMENDED COMPLAINT FILED 04/06/10, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/17/10.

                                            GREGORY C. LANGHAM, CLERK

                                            By: _____
                                                         Deputy Clerk